UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 2, 2013

WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,

        Interpleader Plaintiff,

-against-

OZ ENHANCED MASTER FUND, LTD; OZ CREDIT OPPORTUNITIES MASTER FUND, LTD; OZ EUREKA FUND, L.P.; OZ MASTER FUND, LTD.; OZSC, L.P.; OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS II, L.P.; OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS, L.P.; OZ STRUCTURED PRODUCTS OVERSEAS FUND II, L.P.; OZ STRUCTURED PRODUCTS OVERSEAS FUND, L.P.; WALES LLC; OZ GC OPPORTUNITIES MASTER FUND, LTD; OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC; ASSURED GUARANTY MUNICIPAL CORP., formerly known as financial security assurance inc; CEDE & CO., as registered holder of certain certificates and nominee name of the depository trust company; DOES 1 THROUGH 100, beneficial owners of certain certificates,

        Interpleader Defendants.

**ORDER**

13 Civ. 6781 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Clerk of Court is respectfully directed to seal the Interpleader Complaint (Dkt. No. 1).

Dated:  New York, New York
       October 2, 2013

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge