UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
:
WELLS FARGO BANK, N.A., solely in its capacity as :
Trust Administrator of MASTR Adjustable Rate : Index No. 13 CV 6781 (PGG)
Mortgages Trust 2007-3, :
:
                      Interpleader Plaintiff, :
: **AFFIDAVIT OF**
- against - : **SERVICE**
:
OZ ENHANCED MASTER FUND, LTD., ET AL. :
:
                      Interpleader Defendants. :
:
----------------------------------------------------------------- X

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

        James Gandia, being duly sworn, deposes and says:

        1.     I am not a party to this action, am over 18 years of age, and am employed by the firm of Seward and Kissel LLP, One Battery Park Plaza, New York, New York, 10004.

        2.     On October 8, 2013, at approximately 11:30 a.m., I served true copies of the Summons and Interpleader Complaint, Redacted Interpleader Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, dated September 25, 2013, along with the Electronic Case Filing Rules, Judge Gardephe's Individual Rules of Practice and Magistrate Judge Pitman's Individual Rules of Practice, on Cede & Co. through their registered agent for process The Depository Trust Company located at 55 Water Street, New York, N.Y., 10041, by personally delivering to, and leaving true copies thereof with Jill Cunningham, executive assistant, who stated she was authorized to accept said service on behalf of Cede & Co.

3. I describe Jill Cunningham as a female Caucasian, approximately 50 years of age, 5'7" tall, weighing 125 pounds, with blonde hair, and blue eyes.

*James Gandia*
James Gandia

Sworn to before me on
9th day of October, 2013

*[signature]*
Notary Public

MICHAEL OHANESIAN
Notary Public, State of New York
No. 01OH6174070
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 10, 20 15