UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WELLS FARGO BANK, N.A., solely in its capacity
as Trust Administrator of MASTR Adjustable Rate
Mortgages Trust 2007-3,

           Plaintiff,                                          Civil Action No. 13 CV 6781

       -against-                                        AFFIDAVIT OF SERVICE

OZ ENHANCED MASTER FUND, LTD., ET AL.,

           Defendant.
------------------------------------------------------------X
STATE OF DELAWARE  )
                       S.S.:
COUNTY OF NEW CASTLE)

        **SHARLENE RYAN**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 9th day of October, 2013, at approximately 2:53 PM, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, INTERPLEADER COMPLAINT, REDACTED INTERPLEADER COMPLAINT, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, INDIVIDUAL RULES OF PRACTICE OF JUDGE PAUL G. GARDEPHE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, and ELECTRONIC CASE FILING RULES AND INSTRUCTIONS** upon **WALES LLC** at c/o United Corporate Services, Inc, 874 Walker Road, Suite C, Dover, DE, by personally delivering and leaving the same with **JANE DIXON**, who informed deponent that she is a Managing Agent authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

JANE DIXON is a white female, approximately 44 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 180 pounds with blonde hair and wears glasses.

_Sharlene Ryan_
SHARLENE RYAN

Sworn to before me this
11   day of October, 2013

_Kimberly J. Ryan_
NOTARY PUBLIC

KIMBERLY J. RYAN
MY COMMISSION EXPIRES
MAY 17, 2016
NOTARY PUBLIC
STATE OF DELAWARE

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com