UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>     Interpleader Plaintiff,<br><br>    - against -<br><br>OZ ENHANCED MASTER FUND, LTD., OZ CREDIT OPPORTUNITIES MASTER FUND, LTD., OZ EUREKA FUND, L.P., OZ MASTER FUND, LTD., OZSC, L.P., OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS II, L.P., OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS, L.P., OZ STRUCTURED PRODUCTS OVERSEAS FUND II, L.P., OZ STRUCTURED PRODUCTS OVERSEAS FUND, L.P., WALES LLC, OZ GC OPPORTUNITIES MASTER FUND, LTD., OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>     Interpleader Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 13 Civ. 06781 (PGG) (HP) |

---

  PLEASE TAKE NOTICE, there having been no appearance from defendants, that the above-captioned action be and hereby is dismissed solely against Interpleader Defendants OZ Enhanced Master Fund, Ltd., OZ Credit Opportunities Master Fund Ltd., OZ Eureka Fund, L.P., OZ Master Fund, Ltd., OZSC, L.P., OZ Structured Products Domestic Partners II, L.P., OZ Structured Products Domestic Partners, L.P., OZ Structured Products Overseas Fund II, L.P., OZ

Structured Products Overseas Fund, L.P., OZ GC Opportunities Master Fund, Ltd., and Och-Ziff Capital Management Group LLC.

Dated: New York, New York
      October 25, 2013

 

SEWARD & KISSEL LLP

By: _____
Dale C. Christensen, Jr.
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Interpleader Plaintiff
Wells Fargo Bank, N.A., solely in its
capacity as Trust Administrator of MASTR
Adjustable Rate Mortgages Trust 2007-3*