Gondephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, N.A., solely in its capacity
as Trust Administrator of MASTR Adjustable Rate
Mortgages Trust 2007-3,

              Interpleader Plaintiff,

              - against -

WALES LLC, ASSURED GUARANTY
MUNICIPAL CORP. (f/k/a FINANCIAL
SECURITY ASSURANCE INC.), THE
DEPOSITORY TRUST COMPANY, CEDE & CO.,
as registered Holder of certain Certificates and
nominee name of the Depository Trust Company,
and DOES 1 through 100, beneficial owners of
certain Certificates,

              Interpleader Defendants.

**STIPULATION**

Case No. 13 Civ. 06781
(PGG) (HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED. 11/12/13

---

**IT IS HEREBY STIPULATED AND AGREED**, between and among the
undersigned parties that, no prior requests for an extension having been made, the time for
Interpleader Defendants Wales LLC, Assured Guaranty Municipal Corp. (f/k/a Financial
Security Assurance Inc.), and Cede & Co. to answer or otherwise respond to the Amended
Interpleader Complaint herein is extended from November 12, 2013, to and including November
20, 2013.

        **IT IS FURTHER STIPULATED AND AGREED**, between and among the
undersigned parties that, no prior requests for an extension having been made, the time for
Interpleader Defendant The Depository Trust Company to answer or otherwise respond to the
Amended Interpleader Complaint herein is extended from November 18, 2013, to and including
November 20, 2013.

Dated: New York, New York
       November 7, 2013

SEWARD & KISSEL LLP

By: _J. Ross Hooper_
       Dale C. Christensen, Jr.
       Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Interpleader Plaintiff*
*Wells Fargo Bank, N.A., solely in its capacity as*
*Trust Administrator of MASTR Adjustable Rate*
*Mortgages Trust 2007-3*

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

By: _Roger A. Cooper /TRH_
       Roger A. Cooper
       James W. Doggett
One Liberty Plaza
New York, NY 10006
(212) 225 2000

*Attorneys for Interpleader Defendant*
*Assured Guaranty Municipal Corp.*
*(f/k/a Financial Security Assurance Inc.)*

JONES DAY

By: _Kelly A. Carrero /TRH_
       Kelly A. Carrero
       Alex P. McBride
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Interpleader Defendant*
*Wales LLC*

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.

By: _Eric P. Heichel /TRH_
       Eric P. Heichel
805 Third Ave., 10th Floor
New York, NY 10022
(212) 752-1000

*Attorneys for Interpleader Defendants*
*The Depository Trust Company and Cede*
*& Co.*

SO ORDERED

_Paul Gardephe_
       U.S.D.J.

Dated: _NOV. 8, 2013_