UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>              Interpleader Plaintiff,<br><br>           v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>              Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alex P. McBride of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of interpleader defendant Wales LLC.

I hereby certify that I am admitted to practice before this Court.

Dated: November 20, 2013
       New York, New York

/s/ Alex P. McBride
Alex P. McBride (AM-1979)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3688
Facsimile: (212) 755-7306
Email: apmcbride@jonesday.com

*Attorneys for Interpleader Defendant Wales LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>                Interpleader Plaintiff,<br><br>    v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>                Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## CERTIFICATE OF SERVICE

I certify that on November 20, 2013, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court using the CM/ECF system and to be served by First Class U.S. Mail on the following counsel:

| | |
|---|---|
| Dale C. Christensen, Esq.<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br><br>*Attorneys for Interpleader Plaintiff Wells Fargo Bank, NA., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3* | Roger A. Cooper, Esq.<br>CLEARY GOTTLIEB STEEN &<br>   HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>*Attorneys for Interpleader Defendant and Cross-Claim Defendant Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.)* |

Eric P. Heichel, Esq.
EISEMAN LEVINE LEHRHAUPT &
    KAKOYIANNIS, P.C.
805 Third Ave., 10th Floor
New York, NY 10022

*Attorneys for Interpleader Defendants
The Depository Trust Company and
Cede & Co.*

Dated:  November 20, 2013
        New York, New York

/s/ *Alex McBride*
Alex P. McBride (AM-1979)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306