**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3, <br><br>       Interpleader Plaintiff, <br><br>   v. <br><br> WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates, <br><br>       Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelly A. Carrero of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of interpleader defendant Wales LLC.

I hereby certify that I am admitted to practice before this Court.

Dated: November 20, 2013
     New York, New York

                     /s/ Kelly A. Carrero
                     Kelly A. Carrero (KC-5218)
                     JONES DAY
                     222 East 41st Street
                     New York, New York 10017
                     Telephone: (212) 326-8391
                     Facsimile: (212) 755-7306
                     Email: kcarrero@jonesday.com

                     *Attorneys for Interpleader Defendant Wales LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>               Interpleader Plaintiff,<br><br>    v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>               Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## CERTIFICATE OF SERVICE

       I certify that on November 20, 2013, I caused the foregoing NOTICE OF

APPEARANCE to be electronically filed with the Clerk of Court using the CM/ECF system and

to be served by First Class U.S. Mail on the following counsel:

| | |
|---|---|
| Dale C. Christensen, Esq.<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br><br>*Attorneys for Interpleader Plaintiff*<br>*Wells Fargo Bank, NA., solely in its*<br>*capacity as Trust Administrator of*<br>*MASTR Adjustable Rate Mortgages*<br>*Trust 2007-3* | Roger A. Cooper, Esq.<br>CLEARY GOTTLIEB STEEN &<br>   HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>*Attorneys for Interpleader Defendant*<br>*and Cross-Claim Defendant Assured*<br>*Guaranty Municipal Corp. (f/k/a*<br>*Financial Security Assurance Inc.)* |

Eric P. Heichel, Esq.
EISEMAN LEVINE LEHRHAUPT &
    KAKOYIANNIS, P.C.
805 Third Ave., 10th Floor
New York, NY 10022

*Attorneys for Interpleader Defendants*
*The Depository Trust Company and*
*Cede & Co.*


Dated:  November 20, 2013
        New York, New York

                                        /s/ *Kelly Carrero*
                                        _____
                                        Kelly A. Carrero (KC-5218)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, New York 10017
                                        Telephone: (212) 326-3939
                                        Facsimile: (212) 755-7306