UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>     Interpleader Plaintiff,<br><br>  -against-<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>     Interpleader Defendant. | Case No. 13 Civ. 06781<br><br>(PGG) (HP)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Henry Pitman |

  PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Interpleader Defendant and Crossclaim Plaintiff Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.). All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

Date: New York, New York
    November 20, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
  Roger A. Cooper
  One Liberty Plaza
  New York, New York 10006
  T: 212-225-2000
  F: 212-225-3999
  (racooper@cgsh.com)

*Attorneys for Assured Guaranty Municipal Corp.*