UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>               Interpleader Plaintiff,<br><br>      -against-<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates<br><br>               Interpleader Defendants. | Case No. 13-CV-06781<br><br>(PGG) (HP)<br><br>**ASSURED GUARANTY MUNICIPAL CORP.'S (f/k/a FINANCIAL SECURITY ASSURANCE INC.) RULE 7.1 DISCLOSURE STATEMENT**<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Henry Pitman |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) discloses that it is a wholly-owned subsidiary of Assured Guaranty Ltd. Assured Guaranty Ltd. is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of the stock of Assured Guaranty Ltd.

| | |
|---|---|
| Date:  New York, New York<br>          November 20, 2013 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: _____<br>      Roger A. Cooper<br>      One Liberty Plaza<br>      New York, New York 10006<br>      T: 212-225-2000<br>      F: 212-225-3999<br>      (racooper@cgsh.com)<br><br>*Attorneys for Assured Guaranty Municipal Corp.* |