UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>    Interpleader Plaintiff,<br><br>  v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>    Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wales LLC, a limited liability company organized under the laws of Delaware, certifies that it has no parent, and there is no person or entity that owns more than 10 percent of its shares.

Dated:  November 20, 2013
    New York, New York

              /s/ Jayant Tambe
              Jayant W. Tambe (JT-0118)
              JONES DAY
              222 East 41st Street
              New York, New York 10017
              Telephone: (212) 326-3604
              Facsimile: (212) 755-7306
              Email: jtambe@jonesday.com

              *Attorneys for Interpleader Defendant Wales LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>     Interpleader Plaintiff,<br><br>  v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>     Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## CERTIFICATE OF SERVICE

I certify that on November 20, 2013, I caused the foregoing RULE 7.1 DISCLOSURE STATEMENT FOR WALES LLC to be electronically filed with the Clerk of Court using the CM/ECF system and to be served by First Class U.S. Mail on the following counsel:

| | |
|---|---|
| Dale C. Christensen, Esq.<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br><br>*Attorneys for Interpleader Plaintiff Wells Fargo Bank, NA., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3* | Roger A. Cooper, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>*Attorneys for Interpleader Defendant and Cross-Claim Defendant Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.)* |

Eric P. Heichel, Esq.
EISEMAN LEVINE LEHRHAUPT &
   KAKOYIANNIS, P.C.
805 Third Ave., 10th Floor
New York, NY 10022

*Attorneys for Interpleader Defendants
The Depository Trust Company and
Cede & Co.*

Dated:  November 20, 2013
      New York, New York

      /s/ *Jayant Tambe*
      Jayant W. Tambe (JT-0118)
      JONES DAY
      222 East 41st Street
      New York, New York 10017
      Telephone: (212) 326-3939
      Facsimile: (212) 755-7306