Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, New York 10022
Attorneys for Cede & Co., nominee name of
The Depository Trust Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP)<br><br>**RULE 7.1 STATEMENT OF CEDE & CO.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cede & Co., nominee name of The Depository Trust Company, states that it has no publicly traded parent company and that no publicly traded company owns ten per cent or more of Cede & Co.

Dated: November 25, 2013

                              EISEMAN LEVINE LEHRHAUPT
                               &KAKOYIANNIS, P.C.

                              By: /s/Eric P. Heichel
                                  Eric P. Heichel
                              805 Third Avenue
                              New York, New York 10022
                              T: 212-752-1000
                              F: 212-355-4608
                              eheichel@eisemanlevine.com
                              Attorneys For Cede & Co., nominee name
                              of The Depository Trust Company