Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, New York 10022
Attorneys for The Depository Trust Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>        Interpleader Plaintiff,<br><br>v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>        Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP)<br><br>**RULE 7.1 STATEMENT OF THE DEPOSITORY TRUST COMPANY** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Depository Trust Company, states that it has no publicly traded parent company and that no publicly traded company owns ten per cent or more of The Depository Trust Company.

Dated:  November 25, 2013

                                    EISEMAN LEVINE LEHRHAUPT
                                     & KAKOYIANNIS, P.C.

                                    By: /s/Eric P. Heichel
                                        Eric P. Heichel
                                    805 Third Avenue
                                    New York, New York 10022
                                    T:  212-752-1000
                                    F:  212-355-4608
                                    eheichel@eisemanlevine.com
                                    Attorneys For The Depository Trust
                                    Company