# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3688
apmcbride@jonesday.com

December 5, 2013

**VIA ECF & HAND DELIVERY**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
Fax: (212) 805-7986

      Re:    <u>Wells Fargo Bank, N.A. v. Wales LLC et al.</u>, Case No. 13-06781 (PGG)(HP)

Dear Judge Gardephe:

      We represent Interpleader Defendant Wales LLC in the above-captioned interpleader action. Pursuant to the Court's instruction at today's pre-motion conference, and together with Interpleader Defendant Assured Guaranty Municipal Corp., we submit copies of the following transactional documents that were submitted before and considered by Judge Sand in *Wells Fargo Bank. N.A. v. ESM Fund I, LP, et al.*, 785 F. Supp. 2d 188 (S.D.N.Y. 2011), *aff'd*, 504 F. App'x 38 (2d Cir. 2012):

      1.    The MARM 2006-OA2 Pooling and Servicing Agreement, dated as of October 1, 2006, and attached hereto as Exhibit 1;

      2.    The MARM 2006-OA2 Prospectus Supplement, dated November 14, 2006, and attached hereto as Exhibit 2; and

      3.    The MARM 2006-OA2 Financial Guaranty Insurance Policy, with Endorsement, issued on November 15, 2006, and attached hereto as Exhibit 3.

      Please contact us with any questions, concerns, or further instructions.

      Respectfully submitted,

      */s/ Alex McBride*

      Alex P. McBride

cc:    All Counsel of Record (via ECF)