## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 23, 2013

**BY FAX AND NYSCEF**

Hon. Paul G. Gardephe
United States District Judge
40 Foley Square Room 2204
New York, New York 10007

RE: *Wells Fargo Bank, N.A. v. Wales LLC, et al.*, 13-cv-6781(PGG)

Dear Judge Gardephe:

We represent Battenkill Insurance Company, LLC ("Battenkill"), which seeks to intervene in the above-referenced interpleader action as a defendant/cross-claimant. Pursuant to Your Honor's direction at the December 5, 2013 conference, we write to inform the Court that interpleader defendant Wales LLC ("Wales") has refused to consent to Battenkill's intervention. Accordingly, Battenkill will make a formal motion to intervene pursuant to Federal Rule of Civil Procedure 24, and respectfully requests that the Court order the following briefing schedule, to which Wales has agreed:

- Battenkill's motion is due no later than January 10, 2014;

- Wales' opposition brief is due no later than January 24, 2014;

- Battenkill's reply brief is due no later than January 31, 2014.

We are available should the Court have any questions.

Respectfully submitted,

/s/ Scott D. Musoff
Scott D. Musoff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/13

cc: all counsel of record (via ECF)

**SO ORDERED:**

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 24, 2013

13cv6781
Parties request
3 extra days to
inform ct whether
Wales will consent
to intervention

December 19, 2013

**BY FAX AND ECF**

Hon. Paul G. Gardephe
United States District Judge
40 Foley Square Room 2204
New York, New York 10007

      RE:   <u>Wells Fargo Bank, N.A. v. Wales LLC, et al., 13-cv-6781(PGG)</u>

Dear Judge Gardephe:

      On behalf of interpleader defendant Wales LLC ("Wales") and proposed intervenor Battenkill Insurance Company, LLC ("Battenkill"), we jointly write pursuant to Your Honor's directive at the December 5, 2013 conference to inform the Court that Wales and Battenkill are still in discussions regarding whether Wales will consent to Battenkill's intervention in this action. We respectfully request an additional three days, until December 23, 2013, to inform the Court whether Wales will consent to intervention, and if it will not so consent, to submit a proposed briefing schedule for Battenkill's motion to intervene.

Respectfully submitted,

/s/ *Kelly A. Carrero*
Jayant W. Tambe
Kelly A. Carrero
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Counsel for Wales LLC*

/s/ *Scott D. Musoff*
Scott D. Musoff
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2129

*Counsel for Battenkill Insurance Company, LLC*

cc: all counsel of record (via ECF)