# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3688
apmcbride@jonesday.com

January 8, 2014

**VIA ECF & HAND DELIVERY**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
Fax: (212) 805-7986

Re: *Wells Fargo Bank, N.A. v. Wales LLC et al.*, Case No. 13-06781 (PGG)(HP)

Dear Judge Gardephe:

We represent Interpleader Defendant Wales LLC ("Wales") in the above-captioned interpleader action. Earlier today, your clerk contacted us requesting that the parties select a date and time to conduct a telephonic conference to discuss Wales' proposed intervention deadline and motion for judgment on the pleadings in this matter.

The parties have conferred and are each available for the conference on Wednesday, January 15, at 1 p.m. EST. Should this date no longer be convenient for the Court, we, along with the other parties, are available to set a new date.

Should the Court have any questions, requests, or further instructions for the parties, we are available at the Court's convenience.

Respectfully submitted,

Alex P. McBride

cc: All Counsel of Record (via email)

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID • MEXICO CITY
MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON