UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/14

WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,

        Interpleader Plaintiff,

-against-

OZ ENHANCED MASTER FUND, LTD; OZ CREDIT OPPORTUNITIES MASTER FUND, LTD; OZ EUREKA FUND, L.P.; OZ MASTER FUND, LTD.; OZSC, L.P.; OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS II, L.P.; OZ STRUCTURED PRODUCTS DOMESTIC PARTNERS, L.P.; OZ STRUCTURED PRODUCTS OVERSEAS FUND II, L.P.; OZ STRUCTURED PRODUCTS OVERSEAS FUND, L.P.; WALES LLC; OZ GC OPPORTUNITIES MASTER FUND, LTD; OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC; ASSURED GUARANTY MUNICIPAL CORP., formerly known as financial security assurance inc; CEDE & CO., as registered holder of certain certificates and nominee name of the depository trust company; DOES 1 THROUGH 100, beneficial owners of certain certificates,

        Interpleader Defendants.

**ORDER**

13 Civ. 6781 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Interpleader Defendant Wales LLC's motion for judgment on the pleadings:

1. Wales' motion is due no later than the latest of the following dates: (i) five days following the Court's resolution of Battenkill Insurance Company, LLC's pending motion to intervene in this action, if that motion is denied; (ii) five days following the closing of all pleadings in this action, if Battenkill's motion to intervene is granted; and (iii) February 28, 2014.

2. Opposition briefs, if any, are due no later than 30 days following the service of Wales' motion papers.

3. Reply briefs are due no later than 14 days after the deadline for service of opposition briefs.

Dated: New York, New York
       January 21, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge