Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, N.Y. 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Proposed Intervenor*
 *Battenkill Insurance Company, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>        Interpleader Plaintiff,<br><br>        - against -<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>        Interpleader Defendants. | 13-cv-6781 (PGG)(HP)<br><br>**ECF Case**<br><br>**Electronically Filed**<br><br>**BATTENKILL INSURANCE COMPANY, LLC'S NOTICE OF MOTION TO INTERVENE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Battenkill Insurance Company, LLC's Motion to Intervene; the accompanying Declaration of Scott D. Musoff, dated January 10, 2014, and all exhibits thereto; and upon all prior papers and proceedings herein, proposed intervenor Battenkill Insurance Company, LLC, by and through its undersigned attorneys, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York 10007, on a date and at a time designated by the Court, (a) for the entry of an Order, pursuant to Rule 24 of the Federal Rules of Civil Procedure, granting Battenkill Insurance Company, LLC permission to intervene in the above-captioned interpleader action; and (b) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule entered by the Court on December 24, 2013, opposition to this motion, if any, is to be filed on or before January 24, 2014, and that any reply brief must be filed on or before January 31, 2014.

Dated: New York, New York
January 10, 2014

      /s/ Scott D. Musoff
Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com

*Attorneys for Proposed Intervenor*
  *Battenkill Insurance Company, LLC*

TO: Dale C. Christensen, Jr.
Thomas Ross Hooper
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
hooper@sewkis.com

*Attorneys for Interpleader*
  *Plaintiff Wells Fargo Bank, N.A.*

Jayant W. Tambe
Kelly A. Carrero
Alex P. McBride
JONES DAY
222 East 41st Street
New York, New York 10017
Tel.: (212) 326-3939
Fax: (212) 755-7306
jtambe@jonesday.com
kacarrero@jonesday.com
apmcbride@jonesday.com

*Attorneys for Interpleader*
 *Defendant Wales LLC*


Roger A. Cooper
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2283
Fax: (212) 225-3999
racooper@cgsh.com

*Attorneys for Interpleader*
 *Defendant Assured Guaranty*
 *Municipal Corp.*


Eric Heichel
EISEMAN LEVINE LEHRHAUPT
  & KAKOYIANNIS, P.C.
805 Third Avenue
New York, New York 10022
Tel.: (212) 752-1000
Fax: (212) 355-4608
eheichel@eisemanlevine.com

*Attorneys for Interpleader*
 *Defendants The Depository*
 *Trust Company and CEDE & Co.*