UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3, | : <br> : <br> : <br> : 13-cv-6781 (PGG)(HP) |
| Interpleader Plaintiff, | : <br> : |
| - against - | : **ECF Case** <br> : <br> : **Electronically Filed** |
| WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Interpleader Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, proposed intervenor Battenkill Insurance Company, LLC ("Battenkill"), by its undersigned counsel, states as follows:

Battenkill is an indirect wholly-owned subsidiary of UBS Real Estate Securities Inc., which in turn is a wholly-owned subsidiary of UBS AG. UBS AG is a publicly-held company whose shares are traded on the SIX Swiss Exchange and the New York Stock Exchange. No publicly-traded entity owns 10% or more of the stock of UBS AG.

Dated: January 31, 2014

                          Respectfully submitted,

                          /s/ Scott D. Musoff
                          Jay B. Kasner
                          Scott D. Musoff
                          Alexander C. Drylewski
                          SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000
                          jay.kasner@skadden.com
                          scott.musoff@skadden.com
                          alexander.drylewski@skadden.com

                          *Attorneys for Battenkill Insurance*
                            *Company, LLC*