Gardephe, P.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,

    Interpleader Plaintiff,

-against-

WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates

    Interpleader Defendants.

Case No. 13-CV-06781

(PGG) (HP)

Judge Paul G. Gardephe

Magistrate Judge Henry Pitman

**STIPULATION AND (PROPOSED) ORDER**

## STIPULATION TO EXTEND BRIEFING SCHEDULE

This stipulation is entered into by and among Interpleader Plaintiff Wells Fargo Bank, N.A. and Interpleader Defendants Wales LLC ("Wales"), Assured Guaranty Municipal Corp. ("Assured Guaranty"), The Depository Trust Company, and Cede & Co.:

WHEREAS this Court entered a scheduling order related to Wales's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) ("Motion") on January 22, 2014 (ECF #45), and the parties have not requested any previous extensions to the schedule therein;

WHEREAS under that schedule, the Motion is to be fully briefed and submitted to the Court on November 7, 2014, pursuant this Court's Individual Rules of Practice for Civil Cases Rule 4(c) ("Bundling Rule");

WHEREAS any brief in opposition or response to the Motion, including by Assured Guaranty, is due to be served on the Parties on October 24, 2014, and to be filed with the Court along with all papers related to the motion on November 7, 2014, pursuant to this Court's Bundling Rule;

WHEREAS Assured Guaranty has requested a short extension of these deadlines, to which no other parties object; and

WHEREAS this is Assured Guaranty's first request for an extension in this briefing schedule; now

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties hereto as follows:

1. The date by which any party shall serve its opposition or further response to Wales's Motion is extended by five (5) days to and including October 29, 2014;

2. The date by which Interpleader Defendant Wales shall serve its reply memorandum of law, and on which date all papers related to the motion will be filed with the Court pursuant to this Court's Bundling Rule, is extended by ten (10) days to and including November 17, 2014;

[*Remainder of Page Left Intentionally Blank*]

3. Nothing in this stipulation shall preclude the parties from seeking to further amend the deadlines set forth herein; and

4. This Stipulation may be executed in counterparts.

DATED: New York, New York
October 23, 2014

SEWARD & KISSEL LLP

By: *[signature]*
Dale C. Christensen, Jr.
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Counsel for Interpleader Plaintiff Wells Fargo Bank, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3*

CLEARY GOTTLIEB
STEEN & HAMILTON LLP

By: *[signature]*
Roger A. Cooper
James W. Doggett
One Liberty Plaza
New York, New York 10006
(212) 225-2283

*Counsel for Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.)*

JONES DAY

By: *[signature]*
Jayant W. Tambe
Alex P. McBride
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Counsel for Interpleader Defendant Wales LLC*

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.

By: *[signature]*
Eric P. Heichel
805 Third Ave., 10th Floor
New York, New York 10022
(212) 752-1000

*Counsel for Interpleader Defendants The Depository Trust Company and Cede & Co.*

SO ORDERED on Oct. 28, 2014

*[signature]*
Paul G. Gardephe
United States District Judge