Case 1:13-cv-06781-PGG Document 56 Filed 10/22/14 Page 1 of 2

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial +1 (212)-225-2283
E-Mail: rscooper@cgsh.com

October 22, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2014
```

**BY ECF AND BY FAX**

Honorable Paul G. Gardephe
United States District Court for
  the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> Re: Wells Fargo Bank, N.A. v. Wales LLC, Assured Guaranty Municipal Corp., et al., 13 Civ. 06781 (PGG) (HP)

Dear Judge Gardephe,

      This firm represents interpleader defendant Assured Guaranty Municipal Corp. ("Assured Guaranty") in the above-referenced matter. Assured Guaranty is scheduled to file its opposition to interpleader defendant Wales LLC's ("Wales") Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) on October 24, 2014. Wales' reply brief is due on November 7, 2014. Because Assured's opposition will be in response to a dispositive motion and will address all of the issues raised, and because of the particular subject matter of the dispute where the parties believe a sufficient presentation of the issues is needed, Assured Guaranty requests an increase of this Court's briefing page limits from 25 to 35 pages for

Honorable Paul G. Gardephe
p. 2

Assured's opposition memorandum of law. Wales does not oppose this request, and in turn requests an increase of this Court's briefing page limits from 10 to 15 pages for Wales' reply memorandum of law, which Assured does not oppose. We therefore respectfully request on behalf of all parties that the Court approve these increases by endorsing this letter.

Respectfully,

*[signature]*
Roger A. Cooper

*The application is granted.*
*So Ordered.*

_____   Oct. 29, 2014
PAUL G. GARDEPHE
UNITED STATES JUDGE

cc: Jayant W. Tambe