UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>               Interpleader Plaintiff,<br><br>      v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>               Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP)<br><br>**ECF CASE**<br><br>**NOTICE OF INTERPLEADER DEFENDANT WALES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon (i) the accompanying Memorandum of Law in Support of Wales LLC's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) and (ii) the Declaration of Jayant W. Tambe and the exhibits annexed thereto, Interpleader Defendant Wales LLC ("Wales"), by and through its undersigned counsel, will move the Court before the Honorable Paul G. Gardephe, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Street, New York, New York 10007, at a date and time determined by the Court, for an order granting its motion for judgment on the pleadings, and dismissing Assured's Cross-Claims as moot, declaring that, as a matter of law, Assured's rights to reimbursement are limited to subrogation under the governing documents at issue in this case and ordering (i) the return to the MARM 2007-3 Trust of the

appropriate portion of any amounts previously distributed erroneously to Assured and (ii) the distribution of amounts currently held in escrow pending the outcome of this interpleader action, both to be distributed under the proper interpretation of the governing documents at issue, and granting such other relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the January 22, 2014 Order issued by the Court, opposition briefs are due no later than 30 days following the service of Wales' motion papers, and reply briefs are due no later than 14 days after the deadline for service of opposition briefs.

Dated: September 24, 2014
       New York, New York

                           /s/ *Jayant W. Tambe*
                           Jayant W. Tambe (JT-0118)
                           Kelly A. Carrero (KC-5218)
                           Alex P. McBride (AM-1979)
                           JONES DAY
                           222 East 41st Street
                           New York, New York 10017
                           Telephone: (212) 326-3939
                           Facsimile: (212) 755-7306

                           *Attorneys for Interpleader Defendant Wales LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates,<br><br>Interpleader Defendants. | Case No. 13 Civ. 06781(PGG) (HP) |

## CERTIFICATE OF SERVICE

I certify that on September 24, 2014, I caused the foregoing Notice of Interpleader Defendant Wales LLC's Motion for Judgment on the Pleadings to be served by hand delivery on the following counsel:

Dale Christian Christensen, Jr.
Thomas Ross Hooper
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

*Attorneys for Interpleader Plaintiff Wells Fargo Bank, NA., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3*

Eric P Heichel
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022

*Attorneys for Interpleader Defendants The Depository Trust Company and Cede & Co.*

Roger Allen Cooper
James W. Doggett
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Attorneys for Interpleader Defendant
and Cross-Claim Defendant Assured
Guaranty Municipal Corp. (f/k/a
Financial Security Assurance Inc.)*

Dated: September 24, 2014
New York, New York

                                              /s/ Jayant W. Tambe
                                              Jayant W. Tambe (JT-0118)
                                              JONES DAY
                                              222 East 41st Street
                                              New York, New York 10017
                                              Telephone: (212) 326-3939
                                              Facsimile: (212) 755-7306