# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: 212.326.3939 • FACSIMILE: 212.755.7306

Direct Number: (212) 326-3604
jtambe@jonesday.com

November 17, 2014

**VIA ECF & HAND DELIVERY**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
Fax: (212) 805-7986

Re:  *Wells Fargo Bank, N.A. v. Wales LLC et al.*, Case No. 13-06781 (PGG)(HP)

Dear Judge Gardephe:

    We represent Interpleader Defendant Wales LLC ("Wales") in the above-captioned interpleader action. Today, Wales filed its papers in support of its Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (the "Motion"). Pursuant to Rule 4(D) of Your Honor's Individual Rules of Practice, Wales respectfully requests that the Court hold oral argument on the Motion at a time that is convenient for the Court.

Respectfully submitted,

Jayant W. Tambe

cc:   All Counsel of Record (via ECF)

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON