UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>             Interpleader Plaintiff,<br><br>     -against-<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates<br><br>             Interpleader Defendants. | Case No. 13-CV-06781<br><br>(PGG) (HP)<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Henry Pitman |

## DECLARATION OF JAMES W. DOGGETT

Pursuant to 28 U.S.C. § 1746, James W. Doggett declares:

1. I am an attorney admitted to practice before this Court and an associate at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel to Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance, Inc.) ("Assured") in the above-captioned action.

2. Attached hereto are true and correct copies of the following documents, which are referenced in Assured's Memorandum of Law in Opposition to Wales LLC's Motion to Dismiss and for Judgment on the Pleadings.

> EXHIBIT 1:  Excerpt from the August 26, 2013 Remittance Report for the MASTR Adjustable Rate Mortgages Trust, Mortgage Pass-Through Certificates, Series 2007-3.

EXHIBIT 2:   October 27, 2014 Remittance Report for the MASTR Adjustable Rate Mortgages Trust, Mortgage Pass-Through Certificates, Series 2007-3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed:   New York, New York
            October 29, 2014

_____
James W. Doggett

# EXHIBIT 1

MASTR Adjustable Rate Mortgages Trust  
Mortgage Pass-Through Certificates  
Distribution Date:   26-Aug-2013

21-Aug-2013   6:46:09PM

Contact:   Customer Service - CTSLink  
Wells Fargo Bank, N.A.  
Securities Administration Services  
8480 Stagecoach Circle  
Frederick, MD 21701-4747  
www.ctslink.com  
Telephone:   1-866-846-4526  
Fax:          240-586-8675

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Certificateholder Distribution Summary

| Class | CUSIP | Record Date | Certificate Pass-Through Rate | Beginning Certificate Balance | Interest Distribution | Principal Distribution | Current Realized Loss | Ending Certificate Balance | Total Distribution | Cumulative Realized Losses |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-1A1 | 57645NAA8 | 08/23/2013 | 0.36503 % | 173,730,316.05 | 56,370.47 | 807,564.92 | 0.00 | 172,922,751.13 | 863,935.39 | 0.00 |
| 1-1A2 | 57645NAB6 | 08/23/2013 | 0.36503 % | 38,773,041.52 | 12,580.73 | 2,791,927.27 | 0.00 | 35,981,114.25 | 2,804,508.00 | 0.00 |
| 1-2A1 | 57645NAC4 | 08/23/2013 | 0.39003 % | 307,624,013.95 | 106,651.19 | 1,072,482.90 | 0.00 | 306,551,531.05 | 1,179,134.09 | 0.00 |
| 1-2A2 | 57645NAD2 | 08/23/2013 | 0.39003 % | 79,478,722.05 | 27,554.74 | 5,185,069.22 | 0.00 | 74,293,652.84 | 5,212,623.96 | 0.00 |
| 1-AIO | 57645NAE0 | 07/31/2013 | 5.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-A3 | 57645NAL4 | 08/23/2013 | 0.62003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132,701,000.00 |
| 1-M1 | 57645NAF7 | 08/23/2013 | 1.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,363,999.99 |
| 1-M2 | 57645NAG5 | 08/23/2013 | 1.29003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,940,000.00 |
| 1-M3 | 57645NAH3 | 08/23/2013 | 1.54003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,667,000.00 |
| 1-M4 | 57645NAJ9 | 08/23/2013 | 2.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,667,000.00 |
| 1-M5 | 57645NAK6 | 08/23/2013 | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,788,000.00 |
| 2-1A1 | 57645NAM2 | 08/23/2013 | 0.36503 % | 61,305,799.59 | 19,891.96 | 378,226.45 | 0.00 | 60,927,573.14 | 398,118.41 | 0.00 |
| 2-1A2 | 57645NAN0 | 08/23/2013 | 0.36503 % | 13,097,193.37 | 4,249.66 | 550,451.36 | 0.00 | 12,546,742.01 | 554,701.02 | 0.00 |
| 2-2A1 | 57645NAP5 | 08/23/2013 | 0.30003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2A2 | 57645NAQ3 | 08/23/2013 | 0.40003 % | 84,905,138.51 | 30,190.76 | 247,502.26 | 1,406,029.80 | 83,251,606.45 | 277,693.02 | 9,681,567.03 |
| 2-2A3 | 57645NAR1 | 08/23/2013 | 0.49003 % | 27,416,862.35 | 11,942.30 | 456,449.30 | 0.00 | 26,960,413.06 | 468,391.60 | 0.00 |
| 2-2A4 | 57645NAS9 | 08/23/2013 | 0.49003 % | 51,446,773.60 | 22,409.30 | 0.00 | 854,580.44 | 50,592,193.16 | 22,409.30 | 5,564,806.85 |
| 2-2A5 | 57645NAT7 | 08/23/2013 | 0.53003 % | 36,556,094.64 | 17,222.96 | 0.00 | 607,231.93 | 35,948,862.72 | 17,222.96 | 3,954,137.29 |
| 2-2A6 | 57645NAU4 | 08/23/2013 | 0.39003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-AIO | 57645NAV2 | 07/31/2013 | 5.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M1 | 57645NAW0 | 08/23/2013 | 0.59003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,869,000.00 |
| 2-M2 | 57645NAX8 | 08/23/2013 | 0.64003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,792,000.01 |
| 2-M3 | 57645NAY6 | 08/23/2013 | 0.84003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,777,000.00 |
| 2-M4 | 57645NAZ3 | 08/23/2013 | 1.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,364,000.00 |
| 2-M5 | 57645NBA7 | 08/23/2013 | 1.29003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,952,000.00 |
| 2-M6 | 57645NBB5 | 08/23/2013 | 1.39003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,078,000.00 |
| 2-M7 | 57645NBC3 | 08/23/2013 | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,489,999.99 |
| 2-M8 | 57645NBD1 | 08/23/2013 | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,126,000.00 |
| 1-C | 57645NBE9 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-1P | 57645NBF6 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-2P | 57645NBG4 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-R | 57645NBH2 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-RX | 57645NBJ8 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-C | 57645NBK5 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-1P | 57645NBL3 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2P | 57645NBM1 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-R | 57645NBN9 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-RX | 57645NBP4 | 07/31/2013 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | | | 874,333,955.63 | 309,064.07 | 11,489,673.68 | 2,867,842.17 | 859,976,439.81 | 11,798,737.75 | 294,775,511.16 |

This report is compiled by Wells Fargo Bank, N.A. from information provided by third parties. Wells Fargo Bank, N.A. has not independently confirmed the accuracy of the information.

All Record Dates are based upon the governing documents and logic set forth as of closing.

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

**MASTR Adjustable Rate Mortgages Trust**
**Mortgage Pass-Through Certificates**
**Series 2007-3**

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date:   26-Aug-2013

21-Aug-2013   6:46:09 PM

NOTE: Please refer to the Suplemental Reporting section in regards to some of the losses passed to the trust.

Page 2

MASTR Adjustable Rate Mortgages Trust  
Mortgage Pass-Through Certificates  
Distribution Date: 26-Aug-2013

Contact: Customer Service - CTSLink  
Wells Fargo Bank, N.A.  
Securities Administration Services  
8480 Stagecoach Circle  
Frederick, MD 21701-4747  
www.ctslink.com  
Telephone: 1-866-846-4526  
Fax: 240-586-8675

21-Aug-2013  6:46:09PM

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Principal Distribution Statement

| Class | Original Face Amount | Beginning Certificate Balance | Scheduled Principal Distribution | Unscheduled Principal Distribution | Accretion | Realized Loss | Total Principal Reduction | Ending Certificate Balance | Ending Certificate Percentage | Total Principal Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-1A1 | 309,106,000.00 | 173,730,316.05 | 0.00 | 807,564.92 | 0.00 | 0.00 | 807,564.92 | 172,922,751.13 | 0.55942865 | 807,564.92 |
| 1-1A2 | 206,071,000.00 | 38,773,041.52 | 0.00 | 2,791,927.27 | 0.00 | 0.00 | 2,791,927.27 | 35,981,114.25 | 0.17460542 | 2,791,927.27 |
| 1-2A1 | 618,917,000.00 | 307,624,013.95 | 0.00 | 1,072,482.90 | 0.00 | 0.00 | 1,072,482.90 | 306,551,531.05 | 0.49530314 | 1,072,482.90 |
| 1-2A2 | 412,611,000.00 | 79,478,722.05 | 0.00 | 5,185,069.22 | 0.00 | 0.00 | 5,185,069.22 | 74,293,652.84 | 0.18005737 | 5,185,069.22 |
| 1-AIO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-A3 | 132,701,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-M1 | 26,364,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-M2 | 14,940,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-M3 | 9,667,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-M4 | 9,667,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-M5 | 8,788,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-1A1 | 116,046,000.00 | 61,305,799.59 | 0.00 | 378,226.45 | 0.00 | 0.00 | 378,226.45 | 60,927,573.14 | 0.52502950 | 378,226.45 |
| 2-1A2 | 77,364,000.00 | 13,097,193.37 | 0.00 | 550,451.36 | 0.00 | 0.00 | 550,451.36 | 12,546,742.01 | 0.16217804 | 550,451.36 |
| 2-2A1 | 146,667,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-2A2 | 198,408,000.00 | 84,905,138.51 | 0.00 | 247,502.26 | 0.00 | 1,406,029.80 | 1,653,532.06 | 83,251,606.45 | 0.41959803 | 247,502.26 |
| 2-2A3 | 30,000,000.00 | 27,416,862.35 | 0.00 | 456,449.30 | 0.00 | 0.00 | 456,449.30 | 26,960,413.06 | 0.89868044 | 456,449.30 |
| 2-2A4 | 56,157,000.00 | 51,446,773.60 | 0.00 | 0.00 | 0.00 | 854,580.44 | 854,580.44 | 50,592,193.16 | 0.90090627 | 0.00 |
| 2-2A5 | 39,903,000.00 | 36,556,094.64 | 0.00 | 0.00 | 0.00 | 607,231.93 | 607,231.93 | 35,948,862.72 | 0.90090627 | 0.00 |
| 2-2A6 | 83,142,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-AIO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M1 | 21,869,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M2 | 12,792,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M3 | 5,777,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M4 | 5,364,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M5 | 4,952,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M6 | 9,078,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M7 | 9,490,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-M8 | 4,126,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-C | 8,787,750.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-1P | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-2P | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 1-RX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-C | 4,126,657.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-1P | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-2P | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| 2-RX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| Totals | 2,582,881,807.83 | 874,333,955.63 | 0.00 | 11,489,673.68 | 0.00 | 2,867,842.17 | 14,357,515.85 | 859,976,439.81 | 0.33295230 | 11,489,673.68 |

NOTE: Accretion amount also includes Net Negative Amortization, if applicable.

Page 3

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date: 26-Aug-2013

21-Aug-2013  6:46:09PM

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax:          240-586-8675

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Principal Distribution Factors Statement

| Class | Original Face Amount | Beginning Certificate Balance | Scheduled Principal Distribution | Unscheduled Principal Distribution | Accretion | Realized Loss | Total Principal Reduction | Ending Certificate Balance | Ending Certificate Percentage | Total Principal Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-1A1 | 309,106,000.00 | 562.04122874 | 0.00000000 | 2.61258248 | 0.00000000 | 0.00000000 | 2.61258248 | 559.42864626 | 0.55942865 | 2.61258248 |
| 1-1A2 | 206,071,000.00 | 188.15379903 | 0.00000000 | 13.54837541 | 0.00000000 | 0.00000000 | 13.54837541 | 174.60542362 | 0.17460542 | 13.54837541 |
| 1-2A1 | 618,917,000.00 | 497.03597405 | 0.00000000 | 1.73283801 | 0.00000000 | 0.00000000 | 1.73283801 | 495.30313604 | 0.49530314 | 1.73283801 |
| 1-2A2 | 412,611,000.00 | 192.62385649 | 0.00000000 | 12.56648325 | 0.00000000 | 0.00000000 | 12.56648325 | 180.05737326 | 0.18005737 | 12.56648325 |
| 1-AIO | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-A3 | 132,701,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M1 | 26,364,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M2 | 14,940,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M3 | 9,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M4 | 9,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M5 | 8,788,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-1A1 | 116,046,000.00 | 528.28877850 | 0.00000000 | 3.25928037 | 0.00000000 | 0.00000000 | 3.25928037 | 525.02949813 | 0.52502950 | 3.25928037 |
| 2-1A2 | 77,364,000.00 | 169.29312561 | 0.00000000 | 7.11508402 | 0.00000000 | 0.00000000 | 7.11508402 | 162.17804160 | 0.16217804 | 7.11508402 |
| 2-2A1 | 146,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2A2 | 198,408,000.00 | 427.93203152 | 0.00000000 | 1.24744093 | 0.00000000 | 7.08655800 | 8.33399893 | 419.59803259 | 0.41959803 | 1.24744093 |
| 2-2A3 | 30,000,000.00 | 913.89541167 | 0.00000000 | 15.21497667 | 0.00000000 | 0.00000000 | 15.21497667 | 898.68043533 | 0.89868044 | 15.21497667 |
| 2-2A4 | 56,157,000.00 | 916.12396674 | 0.00000000 | 0.00000000 | 0.00000000 | 15.21770109 | 15.21770109 | 900.90626565 | 0.90090627 | 0.00000000 |
| 2-2A5 | 39,903,000.00 | 916.12396662 | 0.00000000 | 0.00000000 | 0.00000000 | 15.21770118 | 15.21770118 | 900.90626569 | 0.90090627 | 0.00000000 |
| 2-2A6 | 83,142,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-AIO | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M1 | 21,869,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M2 | 12,792,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M3 | 5,777,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M4 | 5,364,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M5 | 4,952,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M6 | 9,078,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M7 | 9,490,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M8 | 4,126,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-C | 8,787,750.71 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-1P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-2P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-R | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-RX | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-C | 4,126,657.12 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-1P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-R | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-RX | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

NOTE: Accretion amount also includes Net Negative Amortization, if applicable.

NOTE: All classes per $1,000 denomination.

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date:   26-Aug-2013

21-Aug-2013   6:46:09PM

Contact:  Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:  1-866-846-4526
Fax:             240-586-8675

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Interest Distribution Statement

| Class | Accrual Dates | Accrual Days | Current Certificate Rate | Beginning Certificate/ Notional Balance | Current Accrued Interest | Payment of Unpaid Interest Shortfall(1) | Current Interest Shortfall(1) | Non-Supported Interest Shortfall | Total Interest Distribution | Remaining Unpaid Interest Shortfall(1) | Ending Certificate/ Notional Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1A1 | 07/25/13 - 08/25/13 | 32 | 0.36503 % | 173,730,316.05 | 56,370.47 | 0.00 | 0.00 | 0.00 | 56,370.47 | 0.00 | 172,922,751.13 |
| 1-1A2 | 07/25/13 - 08/25/13 | 32 | 0.36503 % | 38,773,041.52 | 12,580.73 | 0.00 | 0.00 | 0.00 | 12,580.73 | 0.00 | 35,981,114.25 |
| 1-2A1 | 07/25/13 - 08/25/13 | 32 | 0.39003 % | 307,624,013.95 | 106,651.19 | 0.00 | 0.00 | 0.00 | 106,651.19 | 0.00 | 306,551,531.05 |
| 1-2A2 | 07/25/13 - 08/25/13 | 32 | 0.39003 % | 79,478,722.05 | 27,554.74 | 0.00 | 0.00 | 0.00 | 27,554.74 | 0.00 | 74,293,652.84 |
| 1-AIO | N/A | N/A | 5.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-A3 | N/A | N/A | 0.62003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M1 | N/A | N/A | 1.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M2 | N/A | N/A | 1.29003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M3 | N/A | N/A | 1.54003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M4 | N/A | N/A | 2.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,174.72 | 0.00 |
| 1-M5 | N/A | N/A | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,763.73 | 0.00 |
| 2-1A1 | 07/25/13 - 08/25/13 | 32 | 0.36503 % | 61,305,799.59 | 19,891.96 | 0.00 | 0.00 | 0.00 | 19,891.96 | 0.00 | 60,927,573.14 |
| 2-1A2 | 07/25/13 - 08/25/13 | 32 | 0.36503 % | 13,097,193.37 | 4,249.66 | 0.00 | 0.00 | 0.00 | 4,249.66 | 0.00 | 12,546,742.01 |
| 2-2A1 | N/A | N/A | 0.30003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2A2 | 07/25/13 - 08/25/13 | 32 | 0.40003 % | 84,905,138.51 | 30,190.76 | 0.00 | 0.00 | 0.00 | 30,190.76 | 0.00 | 83,251,606.45 |
| 2-2A3 | 07/25/13 - 08/25/13 | 32 | 0.49003 % | 27,416,862.35 | 11,942.30 | 0.00 | 0.00 | 0.00 | 11,942.30 | 0.00 | 26,960,413.06 |
| 2-2A4 | 07/25/13 - 08/25/13 | 32 | 0.49003 % | 51,446,773.60 | 22,409.30 | 0.00 | 0.00 | 0.00 | 22,409.30 | 0.00 | 50,592,193.16 |
| 2-2A5 | 07/25/13 - 08/25/13 | 32 | 0.53003 % | 36,556,094.64 | 17,222.96 | 0.00 | 0.00 | 0.00 | 17,222.96 | 0.00 | 35,948,862.72 |
| 2-2A6 | N/A | N/A | 0.39003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-AIO | N/A | N/A | 5.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M1 | N/A | N/A | 0.59003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M2 | N/A | N/A | 0.64003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M3 | N/A | N/A | 0.84003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M4 | N/A | N/A | 1.04003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M5 | N/A | N/A | 1.29003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M6 | N/A | N/A | 1.39003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 815.72 | 0.00 |
| 2-M7 | N/A | N/A | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,788.01 | 0.00 |
| 2-M8 | N/A | N/A | 2.69003 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,472.89 | 0.00 |
| 1-C | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-1P | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-2P | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-R | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-RX | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-C | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-1P | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2P | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-R | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-RX | N/A | N/A | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | | | | 309,064.07 | 0.00 | 0.00 | 0.00 | 309,064.07 | 54,015.07 | |

(1) Amount also includes Coupon Cap or Basis Risk Shortfalls, if applicable.

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date:  26-Aug-2013

Contact:  Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:  1-866-846-4526
Fax:  240-586-8675

21-Aug-2013   6:46:09PM

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Interest Distribution Factors Statement

| Class | Original Face Amount | Current Certificate Rate | Beginning Certificate/ Notional Balance | Current Accrued Interest | Payment of Unpaid Interest Shortfall(1) | Current Interest Shortfall(1) | Non-Supported Interest Shortfall | Total Interest Distribution | Remaining Unpaid Interest Shortfall(1) | Ending Certificate/ Notional Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-1A1 | 309,106,000.00 | 0.36503 % | 562.04122874 | 0.18236615 | 0.00000000 | 0.00000000 | 0.00000000 | 0.18236615 | 0.00000000 | 559.42864626 |
| 1-1A2 | 206,071,000.00 | 0.36503 % | 188.15379903 | 0.06105046 | 0.00000000 | 0.00000000 | 0.00000000 | 0.06105046 | 0.00000000 | 174.60542362 |
| 1-2A1 | 618,917,000.00 | 0.39003 % | 497.03597405 | 0.17231905 | 0.00000000 | 0.00000000 | 0.00000000 | 0.17231905 | 0.00000000 | 495.30313604 |
| 1-2A2 | 412,611,000.00 | 0.39003 % | 192.62385649 | 0.06678140 | 0.00000000 | 0.00000000 | 0.00000000 | 0.06678140 | 0.00000000 | 180.05737326 |
| 1-AIO | 0.00 | 5.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-A3 | 132,701,000.00 | 0.62003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M1 | 26,364,000.00 | 1.04003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M2 | 14,940,000.00 | 1.29003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M3 | 9,667,000.00 | 1.54003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M4 | 9,667,000.00 | 2.04003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.53529740 | 0.00000000 |
| 1-M5 | 8,788,000.00 | 2.69003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.90757055 | 0.00000000 |
| 2-1A1 | 116,046,000.00 | 0.36503 % | 528.28877850 | 0.17141444 | 0.00000000 | 0.00000000 | 0.00000000 | 0.17141444 | 0.00000000 | 525.02949813 |
| 2-1A2 | 77,364,000.00 | 0.36503 % | 169.29312561 | 0.05493072 | 0.00000000 | 0.00000000 | 0.00000000 | 0.05493072 | 0.00000000 | 162.17804160 |
| 2-2A1 | 146,667,000.00 | 0.30003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2A2 | 198,408,000.00 | 0.40003 % | 427.93203152 | 0.15216503 | 0.00000000 | 0.00000000 | 0.00000000 | 0.15216503 | 0.00000000 | 419.59803259 |
| 2-2A3 | 30,000,000.00 | 0.49003 % | 913.89541167 | 0.39807667 | 0.00000000 | 0.00000000 | 0.00000000 | 0.39807667 | 0.00000000 | 898.68043533 |
| 2-2A4 | 56,157,000.00 | 0.49003 % | 916.12396674 | 0.39904731 | 0.00000000 | 0.00000000 | 0.00000000 | 0.39904731 | 0.00000000 | 900.90626565 |
| 2-2A5 | 39,903,000.00 | 0.53003 % | 916.12396662 | 0.43162068 | 0.00000000 | 0.00000000 | 0.00000000 | 0.43162068 | 0.00000000 | 900.90626569 |
| 2-2A6 | 83,142,000.00 | 0.39003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-AIO | 0.00 | 5.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M1 | 21,869,000.00 | 0.59003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M2 | 12,792,000.00 | 0.64003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M3 | 5,777,000.00 | 0.84003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M4 | 5,364,000.00 | 1.04003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M5 | 4,952,000.00 | 1.29003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M6 | 9,078,000.00 | 1.39003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.08985680 | 0.00000000 |
| 2-M7 | 9,490,000.00 | 2.69003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 2.29589146 | 0.00000000 |
| 2-M8 | 4,126,000.00 | 2.69003 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 2.29590160 | 0.00000000 |
| 1-C | 8,787,750.71 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-1P | 100.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-2P | 100.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-R | 0.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-RX | 0.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-C | 4,126,657.12 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-1P | 100.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2P | 100.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-R | 0.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-RX | 0.00 | 0.00000 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

(1) Amount also includes Coupon Cap or Basis Risk Shortfalls, if applicable.

NOTE: All classes per $1,000 denomination.

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date:     26-Aug-2013

21-Aug-2013    6:46:09PM

Contact:  Customer Service - CTSLink
          Wells Fargo Bank, N.A.
          Securities Administration Services
          8480 Stagecoach Circle
          Frederick, MD 21701-4747
          www.ctslink.com
          Telephone:    1-866-846-4526
          Fax:          240-586-8675

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Certificateholder Account Statement

| CERTIFICATE ACCOUNT | |
|---|---:|
| Beginning Balance | 0.00 |
| Deposits | |
| Payments of Interest and Principal | 21,564,575.70 |
| Reserve Funds and Credit Enhancements | 0.00 |
| Proceeds from Repurchased Loans | 0.00 |
| Servicer Advances | 1,668,295.43 |
| Gains & Subsequent Recoveries (Realized Losses) | (11,124,544.78) |
| Prepayment Penalties | 0.00 |
| Swap/Cap Payments | 0.00 |
| Total Deposits | 12,108,326.35 |
| Withdrawals | |
| Swap Payments | 0.00 |
| Reserve Funds and Credit Enhancements | 0.00 |
| Total Administration Fees | 309,588.60 |
| Payment of Interest and Principal | 11,798,737.75 |
| Total Withdrawals (Pool Distribution Amount) | 12,108,326.35 |
| Ending Balance | 0.00 |

| PREPAYMENT/CURTAILMENT INTEREST SHORTFALL | |
|---|---:|
| Total Prepayment/Curtailment Interest Shortfall | 0.00 |
| Servicing Fee Support | 0.00 |
| Non-Supported Prepayment/Curtailment Interest Shortfall | 0.00 |

| ADMINISTRATION FEES | |
|---|---:|
| Gross Servicing Fee* | 274,602.71 |
| 1-1A2 Guarantee Fee - Financial Security Assurance | 5,502.16 |
| 1-2A2 Guarantee Fee - Financial Security Assurance | 9,659.58 |
| 2-1A2 Guarantee Fee - Financial Security Assurance | 1,947.10 |
| 2-2A3 Guarantee Fee - Financial Security Assurance | 1,496.19 |
| 2-2A6 Guarantee Fee - Financial Security Assurance | 1,666.43 |
| Lender Paid Mortgage Insurance | 14,714.42 |
| Supported Prepayment/Curtailment Interest Shortfall | 0.00 |
| Total Administration Fees | 309,588.60 |

*Servicer Payees include: CAPITAL ONE, NA; NATIONSTAR MORTGAGE LLC.; OCWEN LOAN SERVICING, LLC; ONEWEST BANK FSB

Servicer Advances are calculated as delinquent scheduled principal and interest.

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date: 26-Aug-2013

21-Aug-2013  6:46:09PM

**MASTR Adjustable Rate Mortgages Trust**
**Mortgage Pass-Through Certificates**
**Series 2007-3**

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

### Reserve and Guaranty Funds

| Account Name | Beginning Balance | Current Withdrawals | Current Deposits | Ending Balance |
|---|---:|---:|---:|---:|
| 1-1A2 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-1A2 Principal Coverage - Assured Guaranty | 71,270,084.43 | 2,613,039.88 | 500,297.82 | 73,715,420.23 |
| 1-2A2 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-2A2 Principal Coverage - Assured Guaranty | 113,712,958.84 | 4,907,983.82 | 796,095.44 | 118,355,507.69 |
| 2-1A2 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-1A2 Principal Coverage - Assured Guaranty | 25,844,893.52 | 469,648.16 | 269,319.93 | 26,165,831.25 |
| 2-2A3 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2A3 Principal Coverage - Assured Guaranty | 2,507,012.78 | 456,449.30 | 26,124.64 | 2,949,036.83 |
| 2-2A6 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2A6 Principal Coverage - Assured Guaranty | 33,328,570.89 | 0.00 | 347,304.52 | 33,136,799.70 |
| Class 1-1P Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 1-2P Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 2-1P Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 2-2P Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Class 2-2A3 Basis Risk Cap Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 1 Basis Risk Cap Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 1 Certificate Cap Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 1 Carryover Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 2 Basis Risk Cap Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 2 Certificate Cap Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 2 Carryover Reserve Fund | 0.00 | 0.00 | 0.00 | 0.00 |
| Group 2 Credit Enhancement Reserve Fund | 1,000.00 | 0.00 | 0.00 | 1,000.00 |

### Hedge Funds

| Account Name | Funds In (A) | Funds Out (B) | Net Amount (A - B) |
|---|---:|---:|---:|
| Class 2-2A3 Basis Risk Cap - Swiss Re | 0.00 | 0.00 | 0.00 |
| Group 1 Basis Risk Cap - Swiss Re | 0.00 | 0.00 | 0.00 |
| Group 2 Basis Risk Cap - Swiss Re | 0.00 | 0.00 | 0.00 |
| Group 1 Certificate Cap - Swiss Re | 0.00 | 0.00 | 0.00 |
| Group 2 Certificate Cap - Swiss Re | 0.00 | 0.00 | 0.00 |

Page 8

# EXHIBIT 2

MASTR Adjustable Rate Mortgages Trust
Mortgage Pass-Through Certificates
Distribution Date: 27-Oct-14

**MASTR Adjustable Rate Mortgages Trust**
**Mortgage Pass-Through Certificates**
**Series 2007-3**

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
Frederick, MD 21701-4747
8480 Stagecoach Circle
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

**Certificateholder Distribution Summary**

| Class | Cusip | Beginning Certificate Balance | Interest Distribution | Principal Distribution | Current Realized Loss | Ending Certificate Balance | Total Distribution |
|---|---|---|---|---|---|---|---|
| 1-1A1 | 57645NAA8 | 165,552,456.97 | 48,488.48 | 537,498.48 | 0.00 | 165,014,958.49 | 585,986.96 |
| 1-1A2 | 57645NAB6 | 19,038,908.35 | 5,576.28 | 1,327,829.57 | 0.00 | 17,711,078.78 | 1,333,405.85 |
| 1-2A1 | 57645NAC4 | 289,301,333.98 | 74.04 | 1,293,858.60 | 0.00 | 288,007,475.38 | 1,293,932.64 |
| 1-2A2 | 57645NAD2 | 49,920,375.34 | 15,730.46 | 2,346,514.09 | 0.00 | 47,573,861.25 | 2,362,244.55 |
| 1-AIO | 57645NAE0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-A3 | 57645NAL4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M1 | 57645NAF7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M2 | 57645NAG5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M3 | 57645NAH3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M4 | 57645NAJ9 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-M5 | 57645NAK6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-1A1 | 57645NAM2 | 56,902,005.96 | 16,173.12 | 611,101.72 | 0.00 | 56,290,904.24 | 627,274.84 |
| 2-1A2 | 57645NAN0 | 8,190,564.11 | 1,979.62 | 231,647.59 | 0.00 | 7,958,916.52 | 233,627.21 |
| 2-2A1 | 57645NAP5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2A2 | 57645NAQ3 | 68,959,536.61 | 12.90 | 912,145.09 | 537,058.18 | 67,510,333.34 | 912,157.99 |
| 2-2A3 | 57645NAR1 | 25,358,119.11 | 10,061.71 | 196,861.15 | 0.00 | 25,161,257.96 | 206,922.86 |
| 2-2A4 | 57645NAS9 | 46,841,482.86 | 10.92 | 0.00 | 369,559.43 | 46,471,923.43 | 10.92 |
| 2-2A5 | 57645NAT7 | 33,283,752.54 | 8.45 | 0.00 | 262,594.69 | 33,021,157.85 | 8.45 |
| 2-2A6 | 57645NAU4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-AIO | 57645NAV2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M1 | 57645NAW0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M2 | 57645NAX8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M3 | 57645NAY6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M4 | 57645NAZ3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M5 | 57645NBA7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M6 | 57645NBB5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M7 | 57645NBC3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-M8 | 57645NBD1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| I-C | 57645NBE9 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-1P | 57645NBF6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-2P | 57645NBG4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-R | 57645NBH2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-RX | 57645NBJ8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-C | 57645NBK5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-1P | 57645NBL3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-2P | 57645NBM1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-R | 57645NBN9 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2-RX | 57645NBP4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | 763,348,535.83 | 98,115.98 | 7,457,456.29 | 1,169,212.30 | 754,721,867.24 | 7,555,572.27 |

NOTE: Please refer to the notice to certificateholders for this transaction posted on Wells Fargo's CTS link website under the special notice tab which describes pending legal action affecting this transaction, as well as Interpleader Statement A and Interpleader Statement B, the two distribution reports associated with the Interpleader, posted on Wells Fargo's CTS link website under the special notice tab.

MASTR Adjustable Rate Mortgages Trust  
Mortgage Pass-Through Certificates  
Distribution Date: 27-Oct-14

Contact: Customer Service - CTSLink  
Wells Fargo Bank, N.A.  
Securities Administration Services  
Frederick, MD 21701-4747  
8480 Stagecoach Circle  
www.ctslink.com  
Telephone: 1-866-846-4526  
Fax: 240-586-8675

## MASTR Adjustable Rate Mortgages Trust
## Mortgage Pass-Through Certificates
## Series 2007-3

### Distribution Factors Statement

| Class | Original Face | Beginning Certificate Balance | Interest Distribution | Principal Distribution | Current Realized Loss | Ending Certificate Balance | Total Distribution |
|---|---|---|---|---|---|---|---|
| 1-1A1 | 309,106,000.00 | 535.58474106 | 0.15686684 | 1.73888077 | 0.00000000 | 533.84586029 | 1.89574761 |
| 1-1A2 | 206,071,000.00 | 92.39004202 | 0.02705999 | 6.44355378 | 0.00000000 | 85.94648825 | 6.47061377 |
| 1-2A1 | 618,917,000.00 | 467.43155218 | 0.00011963 | 2.09052038 | 0.00000000 | 465.34103180 | 2.09064001 |
| 1-2A2 | 412,611,000.00 | 120.98653536 | 0.03812419 | 5.68698869 | 0.00000000 | 115.29954667 | 5.72511288 |
| 1-AIO | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-A3 | 132,701,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M1 | 26,364,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M2 | 14,940,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M3 | 9,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M4 | 9,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-M5 | 8,788,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-1A1 | 116,046,000.00 | 490.34008893 | 0.13936818 | 5.26603002 | 0.00000000 | 485.07405891 | 5.40539820 |
| 2-1A2 | 77,364,000.00 | 105.87048382 | 0.02558839 | 2.99425560 | 0.00000000 | 102.87622822 | 3.01984398 |
| 2-2A1 | 146,667,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2A2 | 198,408,000.00 | 347.56429484 | 0.00006502 | 4.59732012 | 2.70683733 | 340.26013739 | 4.59738514 |
| 2-2A3 | 30,000,000.00 | 845.27063700 | 0.33539033 | 6.56203833 | 0.00000000 | 838.70859867 | 6.89742867 |
| 2-2A4 | 56,157,000.00 | 834.11654576 | 0.00019445 | 0.00000000 | 6.58082572 | 827.53572003 | 0.00019445 |
| 2-2A5 | 39,903,000.00 | 834.11654612 | 0.00021176 | 0.00000000 | 6.58082575 | 827.53572037 | 0.00021176 |
| 2-2A6 | 83,142,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-AIO | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M1 | 21,869,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M2 | 12,792,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M3 | 5,777,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M4 | 5,364,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M5 | 4,952,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M6 | 9,078,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M7 | 9,490,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-M8 | 4,126,000.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-C | 8,787,750.71 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-1P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-2P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-R | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 1-RX | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-C | 4,126,657.12 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-1P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-2P | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-R | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2-RX | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

NOTE: All classes per $1,000 denomination.

MASTR Adjustable Rate Mortgages Trust  
Mortgage Pass-Through Certificates  
Distribution Date: 27-Oct-14

**MASTR Adjustable Rate Mortgages Trust**  
**Mortgage Pass-Through Certificates**  
**Series 2007-3**

**Certificateholder Account Statement**

Contact: Customer Service - CTSLink  
Wells Fargo Bank, N.A.  
Securities Administration Services  
Frederick, MD 21701-4747  
8480 Stagecoach Circle  
www.ctslink.com  
Telephone: 1-866-846-4526  
Fax: 240-586-8675

### Certificate Account

| | |
|---|---:|
| Collateral Cash Receipts | 4,005,185.66 |
| Policy Claims Received | 3,739,576.05 |
| Available Funds | 7,744,761.71 |
| Total Distribution | 7,555,572.27 |
| Fees* | 19,763.13 |
| Funds Distributed | 7,575,335.40 |
| Available Funds | 7,744,761.71 |
| Funds Distributed | 7,575,335.40 |
| Ending Balance | 169,426.31 |

*Payees include: Assured Guaranty

### Interpleader Account

| | |
|---|---:|
| Interpleader Account Deposit | 169,426.31 |
| Interpleader Account Interest Earned | 1,203.22 |
| Total Interpleader Deposit | 170,629.53 |
| Cumulative Interpleader Account Deposits | 16,729,775.53 |
| Cumulative Interpleader Account Interest Earned | 9,004.64 |
| Total Cumulative Interpleader Holdings | 16,738,780.17 |

### Guaranty Funds

| Account Name | Beginning Balance* | Net Claim | Ending Balance* |
|---|---:|---:|---:|
| 1-1A2 Interest Coverage - Assured Guaranty | 5,260.50 | 0.00 | 5,260.50 |
| 1-1A2 Principal Coverage - Assured Guaranty | 90,003,120.44 | 1,263,957.35 | 91,267,077.79 |
| 1-2A2 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 |
| 1-2A2 Principal Coverage - Assured Guaranty | 138,235,536.86 | 2,113,978.81 | 140,349,515.67 |
| Group 1 Subtotal | 228,243,917.80 | 3,377,936.16 | 231,621,853.96 |
| 2-1A2 Interest Coverage - Assured Guaranty | -10.94 | 0.00 | -10.94 |
| 2-1A2 Principal Coverage - Assured Guaranty | 29,888,482.01 | 157,243.46 | 30,045,725.47 |
| 2-2A3 Interest Coverage - Assured Guaranty | 109.02 | 4,373.53 | 4,482.55 |
| 2-2A3 Principal Coverage - Assured Guaranty | 4,752,183.45 | 200,022.90 | 4,952,206.35 |
| 2-2A6 Interest Coverage - Assured Guaranty | 0.00 | 0.00 | 0.00 |
| 2-2A6 Principal Coverage - Assured Guaranty | 33,130,673.69 | 0.00 | 33,130,673.69 |
| Group 2 Subtotal | 67,771,437.23 | 361,639.89 | 68,133,077.12 |
| Total Guaranty | 296,015,355.03 | 3,739,576.05 | 299,754,931.08 |

*Balances do not include Reinvestment Income on outstanding claims beginning with the Distribution Date September 25, 2013.

NOTE: These amounts are subject to further adjustments and restatements pending a ruling by the Court in the Interpleader action.

NOTE: Policy Claims are based on the higher Net Claim calculated between Interpleader Statement A and Interpleader Statement B.  
Certificate Distributions are based on the minimum Total Distribution to an individual Class between Interpleader Statement A and Interpleader Statement B.  
Fees distributions are based on the Premium reflected in Interpleader Statement A.