UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., solely in its capacity as Trust Administrator of MASTR Adjustable Rate Mortgages Trust 2007-3,<br><br>        Interpleader Plaintiff,<br><br>   -against-<br><br>WALES LLC, ASSURED GUARANTY MUNICIPAL CORP. (f/k/a FINANCIAL SECURITY ASSURANCE INC.), THE DEPOSITORY TRUST COMPANY, CEDE & CO., as registered Holder of certain Certificates and nominee name of the Depository Trust Company, and DOES 1 through 100, beneficial owners of certain Certificates<br><br>        Interpleader Defendants. | Case No. 13-CV-06781<br><br>(PGG) (HP)<br><br>Judge Paul G. Gardephe<br><br>Magistrate Judge Henry Pitman<br><br><u>CERTIFICATE OF SERVICE</u> |

       I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 29th day of October 2014, the Declaration of James W. Doggett with Exhibit and Assured Guaranty Municipal Corp.'s Memorandum of Law in Opposition to Wales LLC's Motion to Dismiss and for Judgment on the Pleadings were served by email upon:

             christensen@sewkis.com
             hooper@sewkis.com
             jtambe@jonesday.com
             apmcbride@jonesday.com
             kacarrero@jonesday.com
             eheichel@eisemanlevine.com

       2. On the 30th day of October 2014, the Declaration of James W. Doggett with

Exhibit and Assured Guaranty Municipal Corp.'s Memorandum of Law in Opposition to Wales LLC's Motion to Dismiss and for Judgment on the Pleadings were also served by hand upon:

>Eric P. Heichel
>Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
>805 Third Avenue, 10th Floor
>New York, NY  10022
>
>Jayant W. Tambe
>Kelly A. Carrero
>Alex P. McBride
>Jones Day
>222 East 41st Street
>New York, NY  10017
>
>Dale C. Christensen, Jr.
>Thomas Ross Hooper
>Seward & Kissell LLP
>One Battery Park Plaza
>New York, NY  10004

Dated:  New York, New York
        October 30, 2014

_____
Richard V. Conza